# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GILBERTO SOTO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No.   6:10-cv-1847-Orl-22DAB

**NATIONS RECOVERY CENTER INCORPORATED,**

        **Defendant.**

_____

## ORDER

Based on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 4), filed on December 29, 2010, it is ORDERED as follows:

1. This case is DISMISSED, WITH PREJUDICE.

2. The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 30, 2010.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party